UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JUDY NORGAH                              *       CIVIL ACTION NO. 16-16666
                                         *
                                         *       SECTION: "L"(1)
VERSUS                                   *
                                         *       JUDGE ELDON E. FALLON
JP CHASE BANK AND ITS CARRIERS           *
                                         *       MAGISTRATE JUDGE
                                         *       JANIS VAN MEERVELD
**************************************    *

ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate

Judge's Report and Recommendation, and finding that as of this date the plaintiff has filed no

objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate

Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the lawsuit is DISMISSED WITHOUT PREJUDICE.


New Orleans, Louisiana, this 20th day of April, 2017.


_____
UNITED STATES DISTRICT JUDGE